UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VERONICA HERNANDEZ,<br><br>                    Plaintiff,<br><br>v.<br><br>ABM AVIATION, INC., a Georgia corporation; and DOES 1-50,<br><br>                    Defendants. | Case No.: 3:19-CV-1080-JM-AHG<br><br>**ORDER:**<br><br>**(1) FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE;**<br><br>**(2) SETTING RULE 26 COMPLIANCE; and**<br><br>**(3) NOTICE OF TELEPHONIC CASE MANAGEMENT CONFERENCE** |

     On September 5, 2019, the Court held an Early Neutral Evaluation Conference. The case did not settle. The Court discussed compliance with Federal Rule of Civil Procedure 26, and now **ORDERS**:

     1.     Counsel must appear **telephonically** on **October 11, 2019** at **10:00 a.m.** before Magistrate Judge Goddard for a Case Management Conference pursuant to Federal Rule of Civil Procedure 16(b). Plaintiff's counsel must arrange the telephonic conference.

     2.     The parties must meet and confer pursuant to Fed. R. Civ. P. 26(f) no later

than **September 20, 2019**.

3. The parties must lodge a Joint Case Management Statement with Judge Goddard by **October 1, 2019**. The Joint Case Management Statement must address all points in the "Joint Case Management Statement Requirements for Magistrate Judge Allison H. Goddard," which can be found at https://www.casd.uscourts.gov/Judges/goddard/docs/Goddard%20Joint%20Case%20Management%20Statement%20Rules.pdf.

4. Initial disclosures pursuant to Rule 26(a)(1)(A-D) must occur by **October 4, 2019**.

5. Plaintiff's counsel must serve a copy of this order on all parties that enter the case from this point forward. Each responsible attorney of record and all parties representing themselves must participate in the conference. Represented parties need not participate.

**IT IS SO ORDERED.**

Dated: September 5, 2019

_____
Honorable Allison H. Goddard
United States Magistrate Judge